No. 506.  GULF, MOBILE & OHIO RAILROAD CO. *v.* ILLINOIS CENTRAL RAILROAD CO.  C. A. 5th Cir.  Certiorari

denied. *Carl Fox, Y. D. Lott, Jr., E. L. All, Douglas Arant* and *B. A. Monaghan* for petitioner. *John W. Freels, Harold E. Spencer, D. K. McKamy, Joseph H. Wright* and *Chas. A. Helsell* for respondent.